UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LEONARD THOMAS WALKER

    Petitioner,

v.                                                        Case No. 5:13-cv-287-Oc-30PRL

WARDEN, FCC COLEMAN- MEDIUM,

    Respondent.

## ORDER

In an Order dated July 19, 2013, the Court dismissed the Petition in this case. See Doc. 8. Now pending before the Court is Petitioner's Motion for Resolution of the Court's Jurisdiction. (Doc. 9) and Motion for Reconsideration (Doc. 10). Upon due consideration, Petitioner's Motion for Resolution of the Court's Jurisdiction (Doc. 9) is **DENIED** because the Petition was properly dismissed for the reasons stated in the Court's order of dismissal. Further, there is no case or controversy currently before the Court. Petitioner's Motion for Reconsideration (Doc. 10) is also **DENIED**. Petitioner has not raised any new arguments warranting reconsideration or amendment of the judgment.

    **DONE** and **ORDERED** in Tampa, Florida on September 4, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE