UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LEONARD THOMAS WALKER

    Petitioner,

v.                                          Case No. 5:13-cv-287-Oc-30PRL

WARDEN, FCC COLEMAN- MEDIUM,

    Respondent.

## ORDER

In an order dated January 28, 2014, the Court denied Petitioner's Motion for Appointment of Counsel. (Doc. 17). Petitioner subsequently filed a Notice of Appeal (Doc. 18) and motion for leave to appeal *in forma pauperis*. (Doc. 20). By Order dated April 10, 2014, the Court denied Petitioner's Motion because the appeal was not taken in good faith. (Doc. 21). The Court assessed Petitioner the required appellate and docketing fees. Id. Pending before the Court is Petitioner's Motion for Reconsideration of the Court's April 10, 2014 Order. (Doc. 22). Petitioner argues that the Court initially granted leave to proceed *in forma pauperis* with respect to his case before the District Court (Doc. 3) and his *in forma pauperis* status cannot be taken away for purposes of his appeal. (Doc. 22).

1

Upon due consideration, Petitioner's Motion (Doc. 22) is **DENIED**. The Court properly denied Petitioner's request for leave to proceed on appeal as a pauper as stated in its April 10, 2014 Order.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of May 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
*Pro se* Petitioner